No. 00–10584. MARCELLO v. MAINE DEPARTMENT OF HUMAN SERVICES. Sup. Jud. Ct. Me. Certiorari denied.

No. 00–10585. GUTIERREZ v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10586. GARRISON v. SAFFLE, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 00–10587. TAVIZON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10588. M. A. C. v. DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 00–10589. DANTAS v. DEPARTMENT OF JUSTICE ET AL. C. A. 1st Cir. Certiorari denied.

No. 00–10590. SHANKS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 00–10593. AYER ET AL. v. CAFFEY ET AL. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 00–10594. BUN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–10595. WILLIAMSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10596. TAYLOR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–10597. DUNCAN v. MANVILLE, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–10598. CLINE v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 00–10599. D. B. v. ZENK, WARDEN. C. A. 7th Cir. Certiorari denied.